UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE


<u>Daniel Riley</u>

        v.                           Case No. 08-cv-117-PB

<u>United States of America, et al.</u>


## ORDER

I hereby recuse myself from presiding over this case.


SO ORDERED.

April 16, 2008

                                                Paul Barbadoro
                                                United States District Judge


cc:    Daniel Riley, Pro Se