UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE


Daniel Riley

v.                                    Civil No. 08-cv-117

United States of America, et al.


O R D E R

The undersigned recuses himself from presiding over this

case.

SO ORDERED.


_____
Joseph A. DiClerico, Jr.
United States District Judge

Date:  April 18, 2008

cc:  Daniel Riley, pro se