UNITED STATES DISTRICT COURT

DISTRICT OF NEW HAMPSHIRE

Daniel Riley,

    v.                                     Civil No. 08-cv-117

United States of America, et al.,

**ORDER OF RECUSAL**

I hereby recuse myself from presiding over this case.

**SO ORDERED.**

_____
Steven J. McAuliffe
Chief Judge

April 30, 2008

cc: Daniel J. Riley, pro se