UNITED STATES DISTRICT COURT

DISTRICT OF NEW HAMPSHIRE

<u>Daniel Riley</u>

    v.                         Case No. 08-cv-00117-WES

<u>United States,</u>
<u>Thomas Colantuono</u>
<u>Robert Kinsella</u>
<u>Arnold Huftalen</u>
<u>Stephen Monier</u>

**O R D E R**

I recuse myself from presiding over this case.

**SO ORDERED.**

_/s/ Joe Laplante_
Joseph N. Laplante
United States District Judge

Dated:  May 20, 2008

cc:  Daniel Riley, pro se