UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

Daniel Riley
    Plaintiff

v.                                           NH C.A. No. 08-117 WES
                                                   RI MC. NO. 08-21S

United States, Thomas Colantuono,
Robert Kinsella, Arnold Huftalen,
Stephan Monier
    Defendant

### ORDER

The Report and Recommendation of United States Magistrate Judge David L. Martin filed on June 12, 2008, in the above-captioned matter is accepted pursuant to Title 28 United States Code § 636(b)(1). No objection having been filed, Plaintiff's Motion to Proceed in Forma Pauperis is DENIED and this action is DISMISSED.

By Order,

/s/ _____
Deputy Clerk

ENTER:

/s/ _____
William E. Smith
United States District Judge

Date: 7/7/08